EDITH D. MOTT, Appellant, *v.* GLEN COVE TRUST COMPANY, as Trustee, et al., Respondents, et al., Defendants.

Submitted May 22, 1944; decided June 8, 1944.

*William J. Beglin* for motion.

No one opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.